United States Court of Appeals
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-1212WM

_____

Colleen E. Newport; James F. Newport,   \*
                                       \*

              Appellants,      \*     Appeal from the United States
                                       \*     District Court for the Western
    v.                           \*     District of Missouri.
                                         \*

Missouri Army National Guard;      \*        [UNPUBLISHED]
Raymond L. Pendergrass, MG,       \*
                                       \*

              Appellees.      \*

_____

Submitted: May 7, 1997
Filed: May 12, 1997

_____

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Colleen E. Newport and James F. Newport appeal the district court's orders dismissing their action against the Missouri Army National Guard and Adjutant General Raymond L. Pendergrass and denying their postjudgment motions. Having carefully reviewed the record and the parties' briefs, we conclude the judgment of the district court was correct. We thus affirm. See 8th Cir. R. 47B.

A true copy.

    Attest:

          CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.